UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  18-80686-Civ-Brannon

CONSENT CASE

MICHELLE MOHAMED, on behalf of herself
and others similarly situated,

    Plaintiff,

v.

COGINT, INC., f/k/a IDI, INC., a Delaware
Corporation, INTERACTIVE DATA, LLC,
a Georgia Limited Liability Company, and RED VIOLET, INC.,
a Delaware Corporation,

    Defendants.
_____/

**JOINT MOTION FOR APPROVAL OF THE PARTIES'
CONFIDENTIAL SETTLEMENT AGREEMENT AND DISMISSAL, WITH
PREJUDICE, BASED ON *IN CAMERA* INSPECTION**

Plaintiff, MICHELLE MOHAMED, and Opt-In Plaintiffs, JASON M. JANOFF, SANDRA N. TORRES, MICHAEL MCNELLIS, EVELYNE COOKE, JASON ROSSELLI, JEFFREY BROWN, JAMIE MARTIN, GARY FADER, JUSTIN HUTCHINS, ELIZABETH ALFREY, BARRY SATARSKY, ADRIAN CLARK, SEAN SULLIVAN, MARK SELIG, and JOHN MCGUIRE and Defendants, COGINT, INC., f/k/a IDI, INC., INTERACTIVE DATA, LLC, and RED VIOLET, INC., file this Joint Motion for Approval of the Parties' Confidential Settlement Agreement and Dismissal, with Prejudice, based on *in Camera* Inspection and respectfully state as follows:

1. This is an action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 *et seq.* in which Plaintiff and Opt-In Plaintiffs sought the recovery of alleged unpaid overtime wages, liquidated damages, and attorneys' fees and costs in connection with Plaintiffs' employment as "Account Executives" between approximately late May 2015 and late May 2018.

Case No. 18-80686-Civ-Brannon

2. Defendants deny Plaintiffs' allegations and dispute the validity of Plaintiffs' claims, but despite the Parties' differences, the Parties reached a compromise resolution of this matter at a Settlement Conference on February 12, 2019 before the Honorable Magistrate Judge William Matthewman.

3. The Parties executed a Confidential Settlement Agreement ("Confidential Settlement Agreement") that contains all terms of the Parties' settlement, a copy of which fully executed Agreement was submitted to chambers via e-mail for *in camera* review on the morning of Wednesday, February 20, 2019. Because of the nature of Plaintiffs' FLSA claims, the Parties' settlement of Plaintiffs' FLSA claims requires Court approval in order to become effective under the FLSA. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352 (11th Cir. 1982).

4. To avoid the uncertainties of litigation and the continued attorneys' fees and costs associated with this case, the Parties negotiated an amicable resolution of the matter. As set forth in the Parties' Confidential Settlement Agreement, Plaintiffs will each receive separate consideration to resolve their underlying claims for alleged overtime wages and liquidated damages, distinct from Plaintiffs' attorneys' fees and costs. Accordingly, the Parties' respectfully submit that the settlement herein represents a fair and reasonable compromise of disputed claims of liability and the amounts of wages and damages Plaintiffs could have recovered.

5. Throughout the entirety of all proceedings in this case, Plaintiffs and Defendants have been represented by competent counsel with experience in labor & employment law.

6. The Parties respectfully request the Court dismiss this action, with prejudice, while retaining jurisdiction to enforce the terms of the settlement. *See, e.g., Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Plaintiff, MICHELLE MOHAMED, and Opt-In Plaintiffs, JASON M. JANOFF, SANDRA N. TORRES, MICHAEL MCNELLIS, EVELYNE COOKE, JASON ROSSELLI, JEFFREY BROWN, JAMIE MARTIN, GARY FADER, JUSTIN HUTCHINS, ELIZABETH ALFREY, BARRY

Case No. 18-80686-Civ-Brannon

SATARSKY, ADRIAN CLARK, SEAN SULLIVAN, MARK SELIG, and JOHN MCGUIRE and Defendants, COGINT, INC., f/k/a IDI, INC., INTERACTIVE DATA, LLC, and RED VIOLET, INC., respectfully request that the Court enter an Order: (1) approving the terms of the Confidential Settlement Agreement, (2) dismissing this action with prejudice, and (3) retaining jurisdiction to enforce the terms of the settlement.

February 26, 2019

For Plaintiff and Opt-In Plaintiffs:

By: **_Keith M. Stern_**
Keith M. Stern, Esquire
Florida Bar No. 321000
E-mail: employlaw@keithstern.com
One Flagler
14 NE 1st Avenue, Suite 800
Miami, Florida 33132
Telephone: (305) 901-1379

Hazel Solis Rojas, Esquire
Florida Bar No. 91663
E-mail: hazel@solisrojaslaw.com
Law Office of Hazel Solis Rojas, P.A.
3105 NW 107th Avenue, Suite 400
Doral, Florida 33172
Telephone: (305) 558-8402

Respectfully submitted,

For Defendants:

By: **_Richard Tuschman_**
Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
RICHARD D. TUSCHMAN, P.A.
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: (954) 369-1050

Mark J. Beutler, Esq.
Florida Bar No. 0023400
E-mail: mjb@mjbpa.com
LAW OFFICES OF MARK J. BEUTLER, P.A.
One Datran Center
9100 South Dadeland Blvd., Suite 1500
Miami FL 33156
Tel. (786) 497-7710